**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| REGINA LICHTENSTEIN,<br><br>Plaintiff,<br><br>-v.-<br><br>BISAZZA NORTH AMERICA, INC., BISAZZA S.P.A., ELISABETTA RIGONI, VALERIO de CAO and CLAUDIO TAMBORRA,<br><br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Case No. 1:26-cv-02816-LAK |

**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR BISAZZA NORTH AMERICA, INC., BISAZZA S.p.A., ELISABETTA RIGONI, AND CLAUDIO TAMBORRA**

**WHEREAS**, defendants Bisazza North America, Inc., Bisazza S.p.A., Elisabetta Rigoni, and Claudio Tamborra (collectively, "Movants") consent to the withdrawal of Gordon Rees Scully Mansukhani, LLP ("Gordon Rees") as counsel in the above-captioned action (the "Action") and the substitution of DLA Piper LLP (US) ("DLA Piper") as counsel for Movants;

**WHEREAS**, Gordon Rees is not asserting a retaining or charging lien;

**WHEREAS**, DLA Piper does not intend to seek modification of any existing deadlines or dates for court appearances in the Action, except that Movants have, by separate letter application, requested that the Court deem the Answer filed at ECF No. 31 void and confirm that the existing September 9, 2026 response deadline will apply uniformly to all Defendants in this case; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between Movants and the undersigned attorneys, pursuant to Local Civil Rule 1.4(b), that DLA Piper shall be, and hereby is, substituted as counsel of record for Movants in place of Gordon Rees, and that Michael S.

Hanan and Maxine J. Nicholas of Gordon Rees are hereby permitted to withdraw as counsel of record for Movants in this Action.

Dated: New York, New York
July 31, 2026

**DLA PIPER LLP (US)**

By: *<u>/s/ Joseph A. Piesco</u>*
Joseph A. Piesco, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4537
joseph.piesco@us.dlapiper.com

*Incoming Counsel for Movants and Defendant Valerio de Cao*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *<u>/s/ Maxine J. Nicholas</u>*
Michael S. Hanan
Maxine J. Nicholas
290 W. Mt. Pleasant Avenue, Suite 3310
Livingston, New Jersey 07039
(973) 549-2500
mhanan@grsm.com
mnicholas@grsm.com

*Outgoing Counsel for Movants*

**SO ORDERED.**

DATED: ____________________

_________________________________
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE